[No. 42345-2-I.    Division One.    February 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES H. ROWCLIFFE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00765-6, Charles Snyder, J. Pro Tem., entered November 25, 1997, and March 19, 1998. *Affirmed* by unpublished per curiam opinion.


[Nos. 15787-3-III; 17111-6-III.    Division Three.    February 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND TROY WEATHERMON, *Appellant*.

Appeals from a judgment of the Superior Court for Stevens County, No. 95-1-00074-1, Larry M Kristianson, J., entered April 12, 1996, and November 13, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.


[No. 16094-7-III.    Division Three.    February 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-8-00181-0, Joseph Valente, J. Pro Tem., entered August 19, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.


[No. 16622-8-III.    Division Three.    February 2, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. AMADOR MAGANA, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-8-50442-9, Mike R. Johnston, J. Pro Tem., entered May 6, 1997. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Brown, JJ.